# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                            Case No.: 1:23−cr−00054

                                                     Honorable Ronald A. Guzman

Thomas V. Girardi, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 8, 2023:

      MINUTE entry before the Honorable Ronald A. Guzman as to Christopher K. Kamon: Attorneys Jack Patrick DiCanio, Allen L Lanstra and Matthew J Tako's motion to appear pro hac vice on behalf of Defendant Christopher K. Kamon [14], [15], [16] is granted. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.