# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:23-CR-00054-2 |
| vs. | |
| CHRISTOPHER K. KAMON, | |
| Defendant. | |

## DEFENDANT CHRISTOPHER KAMON'S
## LETTER TO THE COURT

Defendant CHRISTOPHER KAMON, by and through his attorney of record, Michael V. Severo, Esq., hereby offers the attached letter to the court which defendant asks to be taken into consideration at the time of sentencing.

Dated: July 7, 2025						THE SEVERO LAW FIRM

						By: *Michael V. Severo*
						Michael V. Severo (CA SBN: 072599)
						Attorney for Defendant Christopher K. Kamon
						THE SEVERO LAW FIRM
						301 N. Lake Avenue, Suite 315
						Pasadena, CA 91101
						Ph: (626) 844-6400
						Fax: (626) 844-6446
						msevero@mvslaw.com