Your Honor -

I have been in FBOP custody for almost 3 years now, and it has been the scariest, most painful, most traumatic and longest 3 years of my life. From being transported twice across the United States in full shackles, to witnessing beatings, stabbings, drug overdoses and deaths, and living among murderers, drug dealers, drug users, mafia, cartel, bloods and crips gang members, child molesters, and just some of the most terrifying people in the world. Please know, I am not saying I am a victim or asking for sympathy, I just would like the true victims to know that I am being punished for my actions and I truly hope it gives them justice knowing that because I know, just me saying sorry, will not do that. I would also like them to know, I am very remorseful. When I finally realized the magnitude of the harm my actions caused, I did try to make this right. I stopped spending the firms money frivolously, I went against Mr. Girardi's orders trying to make sure other clients money was not misappropriated and they got paid their settlements, and I did try to help get the clients paid whose money had already been misappropriated. Additionally, not a day goes by that I do not think about the victims and how they have suffered. There is nothing I can do to change that, but what I can do, and will do, is never do anything like this ever again, and if I'm ever able, never allow this to happen to anyone again. My instructor, Dr. Eiland, for the "Breaking the Cycle" class I am enrolled in has taught me about criminal thinking errors, in particular, mollification, which is a criminal thinking error of making excuses for and justifying criminal behavior. I see the mistakes I made and the people I've hurt. There is no excuse or justifications for my actions. I am sorry and I am here to take responsibility for them.

Christopher K. Kamon